# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0005.  IN  RE  DEMETRIUS  PHILLIPS  et  al  v.  TRIMAC TRANSPORTATION INC et al.**

On June 16, 2023, the trial court entered an order affirming an award of the State Board of Workers' Compensation. On July 18, 2023, the applicants filed this application for discretionary review of the trial court's order. We, however, lack jurisdiction.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As this application was filed 32 days after entry of the order complained of, it is untimely and is hereby DISMISSED.[1] See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380  SE2d 57) (1989)

---

[1] The applicants have included a copy of a document purporting to show that the order at issue was served on June 20, 2023. However, the filing date of an application for discretionary appeal is not calculated from the date of service of any type of notice upon the applicant; it is calculated from the date of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). A party whose right to timely seek appellate review is frustrated due to a lack of such notice may file a motion asking the trial court to set aside the order and re-enter it. See *Moore v. State*, 308 Ga. 556, 557 (2) (842 SE2d 65) (2020); *Atlantic-Canadian Corp. v. Hammer, Siler, George Assoc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983).

("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 07/24/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*